FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 JUN -4 PM 1:24
CLERK J Burton
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 1:18-006 |
| | ) | |
| KENNETH BURRELL | ) | |

### ORDER

Upon due consideration, the Government's motion to dismiss with prejudice Indictment No. CR 1:18-006 as to Defendant Kenneth Burrell (doc. no. 39) is hereby **GRANTED**.

**SO ORDERED**, this _4th_ day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE